## HOLLIDAY *v.* WARDEN OF MARYLAND PENITENTIARY

[H. C. No. 28, October Term, 1950.]

*Decided April 11, 1951.*

Before MARBURY, C. J., and DELAPLAINE, COLLINS, GRASON, HENDERSON and MARKELL, JJ.

MARKELL, J., delivered the opinion of the Court.

This is an application—petitioner's third—for leave to appeal from denial of a writ of *habeas corpus. Holliday v. Warden,* 190 Md. 732, 59 A. 2d 777; *Holliday v. Warden,* 191 Md. 763, 62 A. 2d 573, *certiorari* denied, 336 U. S. 928, 69 S. Ct. 650, 93 L. Ed. 1089. This petition contains nothing sufficiently new or different, from what was presented on the two previous applications, to require mention.

*Application denied, with costs.*